## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KEVIN MICHAEL BUTLER,**

CASE NO: **2:22−CV−00226−DAD−DB**

v.

**LACHELLE DOZIER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/14/23**

**Keith Holland**
Clerk of Court

ENTERED: **February 14, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk